**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lamar Jabbar McGILL, a.k.a. Tony Green, Defendant–Appellant.**

**No. 05–14565**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 15, 2006.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

John M. Tatum, Hunter, MacLean, Exley & Dunn, PC, Savannah, GA, for Defendant–Appellant.

Before TJOFLAT, ANDERSON and WILSON, Circuit Judges.

PER CURIAM:

John M. Tatum, appointed counsel for Lamar Jabbar McGill in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

McGill's conviction and sentence is **AF-FIRMED**.